DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GLEN ZIMMERMAN,**
Appellant,

v.

**MATTHEW WAYNE MCCLURE** and **A GREAT FENCE, LLC,**
Appellees.

No. 4D2024-3210

[March 5, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Brett M. Waronicki, Judge; L.T. Case No. 562024CA000252.

David L. Luck of Morgan & Morgan, P.A., Miami, and Jared Levy of Morgan & Morgan, P.A., West Palm Beach, for appellant.

Diran V. Seropian and Daniel S. Weinger of Luks, Santaniello, Petrillo, Cohen & Peterfriend, Fort Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

GROSS, CIKLIN and LOTT, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***